1

2

3

4

5

6

7
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT TACOMA

8
JAMES ERNEST DICKERSON,

9                              Petitioner,          CASE NO. C13-5068 RJB-JRC

10            v.                                     REPORT AND RECOMMENDATION

11    JEFFREY UTTECHT,                               NOTED FOR:  MARCH 1, 2013

12                               Respondent.

13

14        The District Court has referred this petition for a writ of habeas corpus to United States

15   Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

16   636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief

     from a state conviction. Thus, the petition is filed pursuant to 28 U.S.C. § 2254.
17
          This petition is second or successive. Under Ninth Circuit Rules the petition must be
18
     transferred to the Ninth Circuit. The Court recommends that the Clerk's Office be directed to
19
     close the file and refer the petition to the Ninth Circuit.
20
                                       PRIOR FILINGS
21
          In 2005, petitioner filed a habeas corpus petition that challenged the same conviction as
22
     the one he challenges today. *See*, *Dickerson v. Porter,* C05-5793RJB.  The Court denied the
23

24

REPORT AND RECOMMENDATION - 1

1    petition as time barred (C05-5793RJB ECF No. 99). The Ninth Circuit denied a certificate of

2    appealability (C05-5793RJB ECF No. 129). This petition is a second or successive petition.

3        If a petition is second or successive, then petitioner must seek authorization from the

4    Court of Appeals before filing the new petition with the district court.  28 U.S.C. §

5    2244(b)(3)(A).

6        Ninth Circuit Rule 22-3(a) provides guidance:

7       Any petitioner seeking leave to file a second or successive 2254 petition or 2255
       motion in district court must seek leave under 28 U.S.C. §§ 2244 or 2255.  An

8       original and five copies of the application must be filed with the Clerk of the
       Court of Appeals.  No filing fee is required.  If a second or successive petition or

9       motion, or application for leave to file such a petition or motion, is mistakenly
       submitted to the district court, the district court shall refer it to the court of

10      appeals.

11        The Court recommends that this petition be referred to the Ninth Circuit and that the file

12    be administratively closed without deciding whether the petition should be dismissed.

13        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

14    fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.

15    6.  Failure to file objections will result in a waiver of those objections for purposes of de novo

16    review by the district judge.  *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

17    imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

18    March 1, 2013, as noted in the caption.

19        Dated this 6th day of February, 2013.

20

21

22                                J. Richard Creatura

23                                United States Magistrate Judge

24